1  Daniel C. Barr (# 010149)
   Sarah R. Gonski (# 032567)
2  PERKINS COIE LLP
   2901 North Central Avenue, Suite 2000
3  Phoenix, Arizona 85012-2788
   Telephone: 602.351.8000
4  Facsimile: 602.648.7000
   DBarr@perkinscoie.com
5  SGonski@perkinscoie.com
   DocketPHX@perkinscoie.com
6
   Marc E. Elias (WDC# 442007)
7  (pro hac vice)
   Bruce V. Spiva (WDC# 443754)
8  (pro hac vice)
   Elisabeth C. Frost (WDC#1007632)
9  (pro hac vice)
   Amanda R. Callais (WDC# 1021944)
10 (pro hac vice)
   PERKINS COIE LLP
11 700 Thirteenth Street NW, Suite 600
   Washington, D.C. 20005-3960
12 Telephone: (202) 654-6200
   Facsimile: (202) 654-6211
13 MElias@perkinscoie.com
   BSpiva@perkinscoie.com
14 EFrost@perkinscoie.com
   ACallais@perkinscoie.com
15
   *Attorneys for Plaintiffs*
16

17                       UNITED STATES DISTRICT COURT
18                            DISTRICT OF ARIZONA

19
20  Leslie Feldman; Luz Magallanes; Mercedez       No. CV-16-01065-PHX-DLR
    Hymes; Julio Morera; Alejandra Ruiz; Cleo
21  Ovalle; Marcia Baker; Former Chairman and
    First President of the Navajo Nation Peterson  **NOTICE OF FILING
22  Zah; Democratic National Committee; DSCC       AMENDED COMPLAINT**
    a.k.a. Democratic Senatorial Campaign
23  Committee; Arizona Democratic Party;
    Kirkpatrick for U.S. Senate; Hillary for
24  America,

25                 Plaintiffs,

26        v.

27  Arizona Secretary of State's Office; Michele
    Reagan, in her official capacity as Secretary of
28  State of Arizona; Maricopa County Board of
    Supervisors; Denny Barney, in his official

| | |
|---|---|
| 1 | capacity as a member of the Maricopa County Board of Supervisors; Steve Chucri, in his official capacity as a member of the Maricopa County Board of Supervisors; Andy Kunasek, in his official capacity as a member of the Maricopa County Board of Supervisors; Clint Hickman, in his official capacity as a member of the Maricopa County Board of Supervisors; Steve Gallardo, in his official capacity as a member of the Maricopa County Board of Supervisors; Maricopa County Recorder and Elections Department; Helen Purcell, in her official capacity as Maricopa County Recorder; Karen Osborne, in her official capacity as Maricopa County Elections Director; and Mark Brnovich, in his official capacity as Arizona Attorney General, |
| | Defendants. |

Plaintiffs, by and through their undersigned counsel, hereby give notice of filing an Amended Complaint in the above-entitled action, attached hereto as required by Local Rule 15.1(b).

Dated: April 19, 2016

s/Daniel C. Barr
Daniel C. Barr (# 010149)
Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

Marc E. Elias (WDC# 442007)
(pro hac vice)
Bruce V. Spiva (WDC# 443754)
(pro hac vice)
Elisabeth C. Frost (WDC# 1007632)
(pro hac vice)
Amanda R. Callais (WDC# 1021944)
(pro hac vice)
Perkins Coie LLP
700 Thirteenth Street N.W., Suite 600
Washington, D.C. 20005-3960

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

☒   I hereby certify that on April 19, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing.

                    s/ Evelyn Maestre

130658811.1