MARK BRNOVICH
Attorney General
Firm Bar No. 14000
James Driscoll-MacEachron (027828)
Kara Karlson (029407)
Karen J. Hartman-Tellez (021121)
Assistant Attorney General
1275 W. Washington Street
Phoenix, AZ  85007
Telephone (602) 542-4951
Facsimile (602) 542-4385
james.driscoll-maceachron@azag.gov
kara.karlson@azag.gov
karen.hartman@azag.gov
*Attorneys for State Defendants*

# UNITED STATES DISCTRICT COURT
## DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Feldman, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>Arizona Secretary of State's Office, et al.,<br><br>    Defendants. | Case No.  CV-16-01065-PHX-DLR<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that defendants the Arizona Secretary of State's Office, Arizona Secretary of State Michelle Reagan, and Arizona Attorney General Mark Brnovich (collectively, the "State Defendants") are represented by Assistant Attorneys General James Driscoll-MacEachron, Kara Karlson, and Karen J. Hartman-Tellez. Counsel for the State Defendants hereby requests that copies of all papers and pleadings be served upon them at the address set forth above or in accordance with this Court's rules and procedures regarding electronic filing and service.

RESPECTFULLY SUBMITTED this 5th day of May, 2016.

        MARK BRNOVICH
        Attorney General

        By: s/ Karen J. Hartman-Tellez
        James Driscoll-MacEachron
        Kara Karlson
        Karen J. Hartman-Tellez
        Assistant Attorneys General
        1275 West Washington Street
        Phoenix, Arizona 85007
        *Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 5, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the EM/ECF registrants.

                                                 s/ Phylis Durbin

5065708