Daniel C. Barr (# 010149)
Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
DBarr@perkinscoie.com
SGonski@perkinscoie.com
DocketPHX@perkinscoie.com

Marc E. Elias (WDC# 442007)*
Bruce V. Spiva (WDC# 443754)*
Elisabeth C. Frost (WDC# 1007632)*
Amanda R. Callais (WDC# 1021944)*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
MElias@perkinscoie.com
BSpiva@perkinscoie.com
EFrost@perkinscoie.com
ACallais@perkinscoie.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Feldman; Luz Magallanes; Mercedez Hymes; Julio Morera; Alejandra Ruiz; Cleo Ovalle; Marcia Baker; Former Chairman and First President of the Navajo Nation Peterson Zah; Democratic National Committee; DSCC a.k.a. Democratic Senatorial Campaign Committee; Arizona Democratic Party; Kirkpatrick for U.S. Senate; and Hillary for America,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Secretary of State's Office; Michele Reagan, in her official capacity as Secretary of State of Arizona; Maricopa County Board of Supervisors; Denny Barney, in his official capacity as a member of the Maricopa County Board of Supervisors; Steve Chucri, in his | No. CV-16-01065-PHX-DLR<br><br>**DECLARATION OF PLAINTIFF LESLIE FELDMAN IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

official capacity as a member of the Maricopa County Board of Supervisors; Andy Kunasek, in his official capacity as a member of the Maricopa County Board of Supervisors; Clint Hickman, in his official capacity as a member of the Maricopa County Board of Supervisors; Steve Gallardo, in his official capacity as a member of the Maricopa County Board of Supervisors; Maricopa County Recorder and Elections Department; Helen Purcell, in her official capacity as Maricopa County Recorder; Karen Osborne, in her official capacity as Maricopa County Elections Director; and Mark Brnovich, in his official capacity as Arizona Attorney General,

Defendants.

Pursuant to 20 U.S.C. § 1746, I, Leslie Feldman, declare as follows:

1. My name is Leslie Feldman. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am a Plaintiff in *Feldman, et al. v. Arizona Secretary of State's Office, et al.*, Case No. CV-16-01065-PHX-DLR, currently pending in this Court.

3. I am a U.S. Citizen, a resident of Phoenix, Arizona, and am otherwise eligible and registered to vote in Maricopa County, Arizona.

4. I have voted regularly since I turned 18 and am registered as a Democrat.

5. Voting in person is very important to me. I have always preferred voting in person because I have fond memories of accompanying my own mother to the polls from a young age. My mother was a first-generation American and my grandparents were Holocaust survivors, so voting was highly valued in my family and a cherished tradition. Now that I am a mother, I want my children to have the same memories of accompanying me to the polls. It's important to me to instill civic participation in my children.

6. On March 22, 2016, I voted in person in the presidential preference election at the Church of the Beatitudes vote center in Maricopa County.

7. I had voted at the Church of the Beatitudes in past elections, and had never had to wait in line to vote before. Therefore, upon arriving at 3:20 p.m., I was shocked to

see the volume of cars in the parking lot. I was forced to park half a mile away from the vote center, and then to walk to the vote center with my three-year-old and twelve-week-old daughters. I assumed, based on past experience, that voting would be quick, so I left my diaper bag in the car.

8. After searching for parking and undertaking the long walk to the vote center with my young children, I did not arrive at the line to vote until approximately 3:40 p.m. I then waited in line with my children for almost four hours to enter the vote center.

9. This experience was particularly unpleasant because, in addition to the long wait, the one bathroom at the vote center was overwhelmed and leaked raw sewage onto the sidewalk and into the adjacent grass. Additionally, the line formed on a narrow sidewalk next to a very busy street so I frequently had to hold my older daughter's hand tightly to keep her safe from oncoming traffic. I did not have toys or other items with me for her to play with, because I had not anticipated waiting in line at all, and my car was too far away for me to retrieve anything. My three-year-old daughter played with the rocks in the church garden, sang songs, and learned how to do jumping jacks while we were in line. She watched some videos and played games on my cell phone until the battery died.

10. Because the wait was so unexpected, I did not have basic supplies with me. I did not have my diaper bag or any food or water. Luckily, Phoenix Mayor Greg Stanton came to the line in the evening and brought cookies, which my daughter enjoyed. Some others in the line called local friends and family and asked them to bring provisions, so we were fortunate that a kind person in line gave us water and later someone passed out granola bars. I promised my older daughter that she could get frozen yogurt when it was all over. My younger daughter was still nursing, and, unfortunately, there was no private place for me to feed her.

11. After almost four hours of waiting, I finally entered the vote center, where I was then informed that the location had run out of Democratic ballots. In order to cast my vote, I was forced to wait another twenty-five minutes for the ballots to arrive.

12. I cast my ballot at 8:05 p.m., nearly five hours after arriving at the location. When I left the vote center, there were still hundreds of people in line. I saw many people leave from the line before voting, and many more that did not enter the line once they saw how long it was.

13. While I was able to cast my vote, I was severely burdened by the long wait time to vote, the inadequate supply of ballots, and Maricopa County's overall mismanagement of the election, including specifically their failure to allocate a sufficient number of polling locations to reasonably accommodate voters like myself.

14. My experience voting in the 2016 presidential preference election reduced my confidence in Maricopa County and Arizona's election system, and I fear that I will be burdened or even disenfranchised by the same elections mismanagement, in the upcoming 2016 general election.

15. In particular, I was only able to wait the nearly five hours that it took to vote in this election because I was on maternity leave from my job. In a typical election, including the upcoming 2016 general election, my work schedule will not allow me to take five hours out of my day to vote. Accordingly, should the same mismanagement and inadequate allocation of polling places occur in the 2016 general election, I will be unable to vote.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: May 11, 2016

By: _Leslie Feldman_
Leslie Feldman

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a Notice of Electronic Filing was transmitted to counsel of record.

                                            s/ *Daniel R. Graziano*