Daniel C. Barr (# 010149)
Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
DBarr@perkinscoie.com
SGonski@perkinscoie.com
DocketPHX@perkinscoie.com

Marc E. Elias (WDC# 442007)*
Bruce V. Spiva (WDC# 443754)*
Elisabeth C. Frost (WDC# 1007632)*
Amanda R. Callais (WDC# 1021944)*
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
MElias@perkinscoie.com
BSpiva@perkinscoie.com
EFrost@perkinscoie.com
ACallais@perkinscoie.com

*Admitted *pro hac vice*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Feldman; Luz Magallanes; Mercedez Hymes; Julio Morera; Alejandra Ruiz; Cleo Ovalle; Marcia Baker; Former Chairman and First President of the Navajo Nation Peterson Zah; Democratic National Committee; DSCC a.k.a. Democratic Senatorial Campaign Committee; Arizona Democratic Party; Kirkpatrick for U.S. Senate; and Hillary for America,<br><br>Plaintiffs,<br><br>v.<br><br>Arizona Secretary of State's Office; Michele Reagan, in her official capacity as Secretary of State of Arizona; Maricopa County Board of Supervisors; Denny Barney, in his official capacity as a member of the Maricopa County Board of Supervisors; Steve Chucri, in his | No. CV-16-01065-PHX-DLR<br><br>**DECLARATION OF PLAINTIFF LUZ MAGALLANES IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7<br>8<br>9 | official capacity as a member of the Maricopa County Board of Supervisors; Andy Kunasek, in his official capacity as a member of the Maricopa County Board of Supervisors; Clint Hickman, in his official capacity as a member of the Maricopa County Board of Supervisors; Steve Gallardo, in his official capacity as a member of the Maricopa County Board of Supervisors; Maricopa County Recorder and Elections Department; Helen Purcell, in her official capacity as Maricopa County Recorder; Karen Osborne, in her official capacity as Maricopa County Elections Director; and Mark Brnovich, in his official capacity as Arizona Attorney General,<br><br>                    Defendants. |

Pursuant to 20 U.S.C. § 1746, I, Luz Magallanes, declare as follows:

1. My name is Luz ("Lucy") Magallanes. I am over the age of 18, have personal knowledge of the facts stated in this declaration, and can competently testify to their truth.

2. I am a Plaintiff in *Feldman, et al. v. Arizona Secretary of State's Office, et al.*, Case No. CV-16-01065-PHX-DLR, currently pending in this Court.

3. I am a U.S. Citizen, a resident of Chandler, Arizona, and am otherwise eligible and registered to vote in Maricopa County, Arizona. I am Hispanic.

4. I am a regular voter and I am registered as a Democrat. I consider it my civic duty to vote. I have voted regularly ever since I was 18 years old. As an American citizen, I feel it is crucial to have my voice be heard.

5. I am a school teacher. When I vote, I prefer voting in person because I like to be able to share my voting experience with my students on Election Day. My students always ask me about my "I Voted" sticker and I think it's important for them to see and hear about active civic participation. Voting in person is also important to me because I know that my vote is counted.

6. On March 22, 2016, I voted in person in the presidential preference election, but only after expending exceptional effort to do so.

-2-

7.   I made two separate attempts to vote in the presidential preference election. First, I tried to vote early in the morning before work. In addition to wanting to be sure that I could say to my students that I had voted, I also had to work at the school's after-school program that day so I wanted to be sure that I was able to vote and was concerned that if I waited until after school I would not make it to a voting center before the polls closed. I arrived at the American Legion vote center at 2240 W. Chandler Boulevard around 6:30 a.m., which was the vote center closest to my house according to the sample ballot I received in the mail from Maricopa County a few weeks before the election. I had never voted there before, but it was about a ten-minute drive from my house. I was surprised to see that the line was too long to allow me to get to work on time. It was already outside the building and was almost to the corner. I was disappointed that I wouldn't be able to tell my students that I had already voted that day, but I could not be late to work, so I had no choice but to forego voting until the evening.

8.   After finishing up with the afterschool program at work, I returned again to the same vote center. I arrived at approximately 6:10 p.m. and waited in line for nearly five hours in order to cast my vote. I did not cast my vote and leave the vote center until approximately 10:50 p.m.

9.   During my time in line, no poll worker ever communicated that there may be shorter lines at other nearby vote centers. Those of us in line, including myself, simply assumed that the election was experiencing historic levels of voter turnout. I had no idea that the lines weren't long at every polling location, and that I may have been able to drive to another vote center with fewer voters. It wasn't until after the election that I found out that the problem was insufficient polling locations, not an enormous increase in the number of voters.

10.   I felt lucky to be physically able to wait in line. I felt bad for those around me who were not. Some elderly voters and those with babies were able to go to the front of the line. I saw others on crutches or in wheelchairs waiting in line.

11. I was resolute that I would stay to cast my vote. I feel that it is my civic duty to vote, and I do not feel that I have fully earned the right to participate in my government unless I have voted. I felt terrible for other voters who feel the same way that I do, but were nonetheless ultimately unable to cast a vote because they simply could not spend hours waiting.

12. Many of my work colleagues had the same experience that I did, and some were completely unable to vote. As a result, together we felt that we had to ask our school administration to put in writing that the school would not hold after-school programs on election day in the event that lines like this occur again. This would allow us to leave with, hopefully, enough time to stand in lines to vote. None of us felt confident enough in Maricopa County or Arizona's election system to trust that this would not occur again in the future. In fact, it is because we fear that it will occur again that we sought this type of accommodation from our school.

13. While I was eventually able to cast my vote, I was severely burdened by the long lines at my polling location and Maricopa County's overall mismanagement of the election, including specifically their failure to allocate a sufficient number of polling locations to reasonably accommodate voters like myself.

14. My experience voting in the 2016 presidential preference election has reduced my confidence in Maricopa County and Arizona's election system, and I am worried that I will be burdened by the same elections mismanagement, including in particular inadequate allocation of polling locations, in the upcoming 2016 general election and beyond. I fear that if they occur again, even with the accommodations my school has been willing to make, I may not be able to vote.

I declare under penalty of perjury that the foregoing is true and correct.

DATED: April 29, 2016

-4-

By: *Luz Magallanes*
Luz ("Lucy") Magallanes

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a Notice of Electronic Filing was transmitted to counsel of record.

<u>s/ *Daniel R. Graziano*</u>