Brett W. Johnson (#021527)
Sara J. Agne (#026950)
Colin P. Ahler (#023879)
Joy L. Isaacs (#030693)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona  85004-2202
Telephone:  602.382.6000
Facsimile:  602.382.6070
E-Mail: bwjohnson@swlaw.com
        sagne@swlaw.com
        cahler@swlaw.com
        jisaacs@swlaw.com

Timothy A. La Sota (#020539)
TIMOTHY A. LA SOTA, PLC
2198 E. Camelback Road, Suite 305
Phoenix, Arizona 85016
Telephone: 602.515.2649
E-Mail: tim@timlasota.com

*Attorneys for Intervenor-Defendants
Arizona Republican Party, Bill Gates, Suzanne
Klapp, Debbie Lesko, and Tony Rivero*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Feldman, et al.,<br><br>  Plaintiffs,<br><br>v.<br><br>Arizona Secretary of State's Office, et al.,<br><br>  Defendants. | No. CV-16-1065-PHX-DLR<br><br>**INDIVIDUAL INTERVENOR-DEFENDANTS' JOINDER IN MOTION TO DISMISS** |

On June 28, 2016, the Court granted the Motion to Intervene by former Councilman Bill Gates, Councilwoman Suzanne Klapp, Senator Debbie Lesko, and Representative Tony Rivero (collectively, the "Individual Intervenor-Defendants"). (Doc. 126.)  The Individual Intervenor-Defendants hereby give notice of their joinder in the *Intervenor-Defendant's Motion to Dismiss Plaintiffs' Amended Complaint and Intervenor-Plaintiff's Complaint-in-Intervention*, filed by the Arizona Republican Party on June 17, 2016. (Doc. 108.)

24387957

DATED this 30th day of June, 2016.

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Colin P. Ahler*
   Brett W. Johnson
   Sara J. Agne
   Colin P. Ahler
   Joy L. Isaacs
   One Arizona Center
   400 E. Van Buren, Suite 1900
   Phoenix, Arizona 85004-2202

   Timothy A. La Sota
   2198 E. Camelback Road, Suite 305
   Phoenix, Arizona 85016

   *Attorneys for Intervenor-Defendants Arizona Republican Party, Bill Gates, Suzanne Klapp, Debbie Lesko, and Tony Rivero*

24387957

- 1 -

**CERTIFICATE OF SERVICE**

I hereby certify that on June 30, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the EM/ECF registrants.

 */s/ Karen Prentice*

24387957

- 2 -