Brett W. Johnson (#021527)
Colin P. Ahler (#023879)
Sara J. Agne (#026950)
Joy L. Isaacs (#030693)
SNELL & WILMER L.L.P.
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
Telephone: 602.382.6000
Facsimile: 602.382.6070
E-Mail: bwjohnson@swlaw.com
         cahler@swlaw.com
         sagne@swlaw.com
         jisaacs@swlaw.com

Timothy A. La Sota (#020539)
TIMOTHY A. LA SOTA, PLC
2198 E. Camelback Road, Suite 305
Phoenix, Arizona 85016
Telephone: 602.515.2649
E-Mail: tim@timlasota.com

*Attorneys for Intervenor-Defendants
Arizona Republican Party, Bill Gates, Suzanne
Klapp, Debbie Lesko, and Tony Rivero*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Leslie Feldman, et al., | No. CV-16-1065-PHX-DLR |
|---|---|
| Plaintiffs, | **DEFENDANTS' JOINT NOTICE OF COMPLIANCE WITH PARTIES' AGREEMENT** |
| v. | |
| Arizona Secretary of State's Office, et al., | |
| Defendants. | |

Defendants, by and through undersigned counsel, jointly give notice that, per agreement with Plaintiffs, they provided summary expert disclosures to opposing counsel on July 11, 2016, via email.

DATED this 11th day of July, 2016.

Respectfully submitted,

SNELL & WILMER L.L.P.

By: */s/ Sara J. Agne*
Brett W. Johnson
Sara J. Agne
Joy L. Isaacs
One Arizona Center
400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202

Timothy A. La Sota
2198 E. Camelback Road, Suite 305
Phoenix, Arizona 85016

*Attorneys for Intervenor-Defendants Arizona Republican Party, Bill Gates, Suzanne Klapp, Debbie Lesko, and Tony Rivero*

Snell & Wilmer
L.L.P.
LAW OFFICES
One Arizona Center, 400 E. Van Buren, Suite 1900
Phoenix, Arizona 85004-2202
602.382.6000

WILLIAM G. MONTGOMERY
MARICOPA COUNTY ATTORNEY


By: */s/ M. Colleen Connor* (w/permission)
M. Colleen Connor
Andrea L. Cummings
Joseph I. Vigil
Deputy County Attorneys
Civil Services Division
222 N. Central Avenue, Suite 1100
Phoenix, Arizona 85004

*Attorneys for Maricopa County Board of Supervisors and members Denny Barney, Steve Chucri, Andy Kunasek, Clint Hickman, Steve Gallardo, Maricopa County Recorder Hellen Purcell, and Maricopa County Elections Director Karen Osborne*


MARK BRNOVICH
ATTORNEY GENERAL


By: */s/ James Driscoll-MacEachron* (w/permission)
James Driscoll-MacEachron
Kara Karlson
Karen J. Hartman-Tellez
Assistant Attorney Generals
1275 W. Washington Street
Phoenix, AZ 85007

*Attorneys for the Arizona Secretary of State's Office, Secretary of State Michele Reagan, and Arizona Attorney General Mark Brnovich*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2016, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the EM/ECF registrants.

 */s/ Tracy Hobbs*

24451245