Daniel C. Barr (# 010149)
Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: (602) 351-8000
Facsimile: (602) 648-7000
DBarr@perkinscoie.com
SGonski@perkinscoie.com

*Attorneys for Plaintiffs*

Roopali H. Desai (# 024295)
Andrew S. Gordon (# 003660)
D. Andrew Gaona (# 028414)
COPPERSMITH BROCKELMAN PLC
2800 North Central Avenue, Suite 1200
Phoenix, Arizona 85004
Telephone: (602) 381-5478
RDesai@cblawyers.com
AGordon@cblawyers.com
AGaona@cblawyers.com

*Attorneys for Intervenor-Plaintiff Bernie 2016, Inc.*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Feldman, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Arizona Secretary of State's Office, et al., <br><br> Defendants. | No. CV-16-01065-PHX-DLR <br><br> **JOINT NOTICE OF SETTLEMENT** |

Plaintiffs (including Intervenor-Plaintiff Bernie 2016, Inc.) and Defendants Maricopa County Board of Supervisors, Denny Barney, Steve Chucri, Andy Kunasek, Clint Hickman, Steve Gallardo, Maricopa County Recorder and Elections Department, Helen Purcell, and Karen Osborne (the "County" or "County Defendants") respectfully

1  submit this Joint Notice of Settlement in accordance with LRCiv 40.2(d).  The parties
2  hereby inform the Court that they have settled Plaintiffs' claim against County Defendants
3  regarding polling location allocation in Maricopa County. This settlement has no bearing
4  on Plaintiffs' claims in this case regarding HB2023 or out-of-precinct voting. In
5  accordance with the agreement reached by the Plaintiffs and the County Defendants,
6  Plaintiffs will soon file papers seeking dismissal of County Defendants from this
7  litigation.

Dated:  September 9, 2016

*/s Elisabeth C. Frost*
Daniel C. Barr (# 010149)
Sarah R. Gonski (# 032567)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona  85012-2788

Marc E. Elias (WDC# 442007)*
Bruce V. Spiva (WDC# 443754)*
Elisabeth C. Frost (WDC# 1007632)*
Amanda R. Callais (WDC# 1021944)*
PERKINS COIE LLP
700 Thirteenth Street N.W., Suite 600
Washington, D.C.  20005-3960
Telephone: (202) 654-6200
Facsimile: (202) 654-6211
MElias@perkinscoie.com
BSpiva@perkinscoie.com
EFrost@perkinscoie.com
ACallais@perkinscoie.com

Joshua L. Kaul (WI# 1067529)*
PERKINS COIE LLP
One East Main Street, Suite 201
Madison, Wisconsin  53703
Telephone:  (608) 663-7460
Facsimile:  (608) 663-7499
JKaul@perkinscoie.com

*Attorneys for Plaintiffs Leslie Feldman, Luz Magallanes, Mercedez Hymes, Julio Morera, Cleo Ovalle, Former Chairman and First President of the Navajo Nation Peterson Zah, the Democratic National Committee, the DSCC, the Arizona Democratic Party, Kirkpatrick for U.S. Senate, and Hillary for America*

*s/ Roopali H. Desai*
Roopali H. Desai (# 024295)
Andrew S. Gordon (# 003660)
D. Andrew Gaona (# 028414)
COPPERSMITH BROCKELMAN PLC
2800 N. Central Avenue, Suite 1200
Phoenix, Arizona  85004

Malcolm Seymour*
GARVEY SCHUBERT BAKER
100 Wall Street, 20th Floor
New York, New York  10005-3708
Telephone: (212) 965-4533
MSeymour@gsblaw.com

*Attorneys for Intervenor-Plaintiff Bernie 2016, Inc.*

*Admitted *pro hac vice*


*s/ Andrea Cummings*
M. Colleen Connor (# 015679)
Andrea Cummings (# 013507)
Deputy County Attorneys
MCAO Firm No. 0003200
CIVIL SERVICES DIVISION
222 N. Central Avenue, Suite 1100
Phoenix, Arizona 85004

*Attorneys for Maricopa County Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 9, 2016, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and a Notice of Electronic Filing was transmitted to counsel of record.

                              *s/ Daniel R. Graziano*