1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

9

Leslie Feldman, et al.,

10

Plaintiffs,

11

v.

12

Arizona Secretary of State's Office, et al.,

13

Defendants.

No. CV-16-01065-PHX-DLR

**[PROPOSED] ORDER GRANTING JOINT MOTION TO DISMISS COUNTY DEFENDANTS**

14
15
16
17
18
19
20

Plaintiffs, Intervenor-Plaintiff, and County Defendants have moved the Court to dismiss Defendants Maricopa County Board of Supervisors, Denny Barney, Steve Chucri, Andy Kunasek, Clint Hickman, Steve Gallardo, Maricopa County Recorder and Elections Department, Helen Purcell, and Karen Osborne (the "County" or "County Defendants") from this matter. Good cause appearing, the Court grants the stipulated motion and hereby dismisses County Defendants from this action.

21
22
23
24
25
26
27
28