IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Leslie Feldman, et al., | No. CV-16-01065-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Arizona Secretary of State's Office, et al., | |
| Defendants. | |

On September 22, 2016, Plaintiffs, Intervenor-Plaintiff, and Defendants Maricopa County Board of Supervisors, Denny Barney, Steve Chucri, Andy Kunasek, Clint Hackman, Steve Gallardo, Maricopa County Recorder and Elections Department, Helen Purcell, and Karen Osborne (collectively "County Defendants") jointly moved to dismiss the County Defendants from this matter. (Doc. 203.) Intervenor-Defendants were willing to stipulate to dismissal of the County Defendants, but Defendants Secretary of State Michele Reagan, the Arizona Secretary of State's Office, and Attorney General Mark Brnovich opposed the request. (Doc. 207.) Since then, and with leave of Court, Plaintiffs filed a Second Amended Complaint, which does not name the County Defendants as parties. (Doc. 233.) The docket reflects that the County Defendants were terminated on December 28, 2016, the date Plaintiffs filed their Second Amended Complaint. In light of these developments,

//

**IT IS ORDERED** that the Joint Motion to Dismiss County Defendants, (Doc. 203), is **DENIED** as moot.

Dated this 4th day of January, 2017.

_____
Douglas L. Rayes
United States District Judge