**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA
CIVIL MINUTES – BENCH TRIAL**

Phoenix Division

<u>**CV-16-01065-PHX-DLR**</u>        DATE: <u>  October 3, 2017  </u>

Title: <u>  Arizona Democratic Party, et al  </u>  v. <u>  Michele Reagan, et al.  </u>
            Plaintiff                          Defendants
==================================================================

HON: <u>  DOUGLAS L. RAYES  </u>

   <u>    Michele Morgan    </u>          <u>    Jennifer Pancratz    </u>
          Deputy Clerk                        Court Reporter

**APPEARANCES:**
Bruce Spiva, Joshua Kaul, Amanda Callais, and Alexander Tischenko for plaintiffs
Kara Karlson, Karen Hartman-Tellez, and Joseph LaRue for defendants
Brett Johnson, Sara Agne, and Colin Ahler for intervenor defendants
==================================================================
**PROCEEDINGS**:  __ Jury Trial  <u>X</u>  Court Trial  __ Voir Dire  __ Jury Sworn

Trial Day # <u>  1  </u>

9:00 a.m. Convene. Counsel present as noted above. Discussion regarding witness to be called out of order. Exhibits 475, 476, 536 – 542, 575, 559, 561, 562, 565, and 568 stipulated to and admitted. Plaintiffs' opening statement presented. Defendants reserve their opening statement. Rule of exclusion is invoked. **Plaintiffs' case:** Charlene Fernandez sworn and testifies. 10:26 a.m. Recess.

10:45 a.m. Reconvene. Charlene Fernandez testifies further. Witness excused. Nellie Gomez Ruiz sworn and testifies. Exhibit 584 offered. The Court will rule on its admission after counsel for plaintiffs has an opportunity to review the document and raise any objections. Witness excused. Delilah Correa sworn and testifies. Exhibit 585 offered. The Court will rule on its admission after counsel for plaintiffs has an opportunity to review the document and raise any objections. Witness excused. Marva Gilbreath sworn and testifies. Witness excused. 12:32 p.m. Recess.

1:37 p.m. Reconvene. Leonard Gorman sworn and testifies. Exhibit 127 marked for identification and admitted. Exhibit 126 marked for identification. 3:04 p.m. Recess.

CV-16-01065-PHX-DLR, Arizona Democratic Party, et al v. Michele Reagan, et al.
October 3, 2017
Page 2

3:21 p.m. Reconvene. Leonard Gorman testifies further. Witness excused. Carolyn Glover sworn and testifies. Witness excused. Daniel Magos Witness excused. Exhibits 584 and 585 admitted.

4:43 p.m. Court is in recess until October 4, 2017, at 9:00 a.m.

Time in Court: 6 hrs, 2 min