**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**
**CIVIL MINUTES – BENCH TRIAL**

Phoenix Division

**CV-16-01065-PHX-DLR**       DATE:  October 5, 2017

Title:   Arizona Democratic Party, et al     v.     Michele Reagan, et al.
                 Plaintiff                                                Defendants
==================================================================

HON:  DOUGLAS L. RAYES

     Michele Morgan                              Jennifer Pancratz
       Deputy Clerk                                    Court Reporter

**APPEARANCES:**
Bruce Spiva, Joshua Kaul, Amanda Callais, and Alexander Tischenko for plaintiffs
Kara Karlson, Karen Hartman-Tellez, and Joseph La Rue for defendants
Brett Johnson, Sara Agne, and Colin Ahler for intervenor defendants
==================================================================

**PROCEEDINGS**:  __  Jury Trial   _X_  Court Trial __  Voir Dire __  Jury Sworn

Trial Day #  3

9:00 a.m. Reconvene. Counsel present as noted above. The Court is updated by the parties as to their exhibit exchange in accordance with the Court's directive. **Plaintiffs' case (continued):** Kathleen Giebelhausen sworn and testifies. Witness excused. Jonathan Rodden, previously sworn, testifies further. 10:30 a.m. Recess.

10:46 a.m. Reconvene. Jonathan Rodden testifies further. Exhibit 514 admitted. Plaintiffs' response to the Daubert issued raised in Defendants' trial brief shall be due no later than Tuesday, October 10, 2017, and shall be no more than 5 pages. Defendants' reply shall be due no later than Friday, October 13, 2017, and shall be no more than 4 pages. Witness excused.

1:13 p.m. Reconvene. Discussion held regarding trial schedule and witnesses. Samuel Shapiro sworn and testifies. Witness excused. Martin Quezada sworn and testifies. 2:54 p.m. Recess.

CV-16-01065-PHX-DLR, Arizona Democratic Party, et al v. Michele Reagan, et al.
October 5, 2017
Page 2


3:17 p.m. Reconvene. Martin Quezada testifies further. Witness excused. Kenneth Clark sworn and testifies. Witness excused. David Berman sworn and testifies.

4:40 p.m. Court is in recess until October 6, 2017, at 8:00 a.m.


Time in Court: 5 hrs, 53 min