MARK BRNOVICH
Attorney General

Kara Karlson (#029407)
Karen J. Hartman-Tellez (#021121)
Joseph La Rue (#031348)
Assistant Attorney General
2005 N. Central Ave.
Phoenix, Arizona 85004
Telephone (602) 542-4951
Facsimile (602) 542-4385
kara.karlson@azag.gov
karen.hartman@azag.gov
joseph.larue@azag.gov
*Attorneys for State Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Democratic Party, et al., | No. CV-16-01065-PHX-DLR |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| Michele Reagan, et al., | |
| Defendants. | |

Pursuant to Local Rule 83.3(b)(4), defendants Secretary of State Katie Hobbs and Attorney General Mark Brnovich ("Defendants") hereby give notice that Assistant Attorney General Karen J. Hartman-Tellez is no longer employed by the Office of the Attorney General and therefore withdraws as counsel of record for Defendants in this matter. Assistant Attorneys General Kara M. Karlson and Joseph E. Larue shall continue to represent Defendants as counsel of record in this matter.

RESPECTFULLY SBMITTED this 23rd day of August, 2019.

                                          MARK BRNOVICH
                                          Attorney General

By: */s/* Karen J. Hartman-Tellez
     Kara Karlson
     Karen J. Hartman-Tellez
     Joseph E. La Rue
     Assistant Attorneys General
     2005 N. Central Ave.
     Phoenix, Arizona 85004

     *Attorneys for State Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on August, 23rd 2019, I electronically transmitted the foregoing document to the Clerk's Office using the CM/ECF System for filing and transmittal of a notice of electronic filing to the CM/ECF registrants.

/s/ Emma Morgan