# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 2, 2021

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

> **Re: Mark Brnovich, Att'y Gen. of Arizona, et al.
>     v. Democratic National Committee, et al.,
>     No. 19-1257 (Your docket No. 18-15845); and**
>
> **Re: Arizona Republican Party, et al.
>     v. Democratic National Committee, et al.,
>     No. 19-1258 (Your docket No. 18-15845)**

Dear Clerk:

    Attached please find a certified copy of the judgment of this Court in the above-entitled cases.

                                              Sincerely,

                                              SCOTT S. HARRIS, Clerk

                                              By  /s/ Hervé Bocage

                                              Hervé Bocage
                                              Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 2, 2021

Mr. Michael A. Carvin, Esq.
Jones Day
51 Louisiana Ave., N. W.
Washington, D. C. 20001

Mr. Joseph A. Kanefield, Esq.
Arizona Office of the Attorney General
2005 N. Central Avenue
Phoenix, Arizona 85004

Re: Mark Brnovich, Att'y Gen. of Arizona, et al.
    v. Democratic National Committee, et al.,
    No. 19-1257

Dear Counsel:

Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

The petitioners are given recovery of costs in this Court as follows:

| | |
|---|---|
| **Printing of record:** | $11,466.80 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $11,766.80 |

This amount may be recovered from the respondents.

Sincerely,

SCOTT S. HARRIS, Clerk

By *Herve Bocage* (signature)
Herve' Bocage
Judgments/Mandates Clerk

cc: All counsel of record
    Clerk, USCA Ninth Cir.
      (Your docket No. 18-15845)

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

August 2, 2021

Mr. Michael A. Carvin, Esq.
Jones Day
51 Louisiana Ave., N. W.
Washington, D. C. 20001

Ms. Jessica Ring Amunson, Esq.
Jenner & Block LLP
1099 New York Ave., N. W.
Suite #900
Washington, D. C. 20001

   Re: Arizona Republican Party, et al.
      v. Democratic National Committee, et al.,
      No. 19-1258

Dear Counsel:

  Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

  The petitioners are given recovery of costs in this Court as follows:

    **Clerk's costs:**  $300.00

  This amount may be recovered from the respondents.

            Sincerely,

            SCOTT S. HARRIS, Clerk

            By *Herve Bocage*

            Herve' Bocage
            Judgments/Mandates Clerk

cc: All counsel of record
   Clerk, USCA Ninth Cir.
    (Your docket No. 18-15845)

# Supreme Court of the United States

No. 19-1257

**MARK BRNOVICH, ATTORNEY GENERAL OF ARIZONA, ET AL.,**

Petitioners

v.

**DEMOCRATIC NATIONAL COMMITTEE, ET AL.;**

*and*

No. 19-1258

**ARIZONA REPUBLICAN PARTY, ET AL.,**

Petitioners

v.

**DEMOCRATIC NATIONAL COMMITTEE, ET AL.**

**ON WRITS OF CERTIORARI** to the United States Court of Appeals for the Ninth Circuit.

**THESE CAUSES** came on to be heard on the transcript of the record from the above court and were argued by counsel.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court is reversed with costs, and the cases are remanded to the United States Court of Appeals for the Ninth Circuit for further proceedings consistent with the opinion of this Court.

**IT IS FURTHER ORDERED** that the petitioners in No. 19-1257, Mark Brnovich, Attorney General of Arizona, et al. recover from the Democratic National Committee, et al., Eleven Thousand Seven Hundred and Sixty-six Dollars and Eighty Cents ($11,766.80) for costs herein expended.  The petitioners in No. 19-1258, the Arizona Republican Party, et al. recover from the Democratic National Committee, et al., Three Hundred Dollars ($300.00) for costs  herein expended.

July 1, 2021

**Case No. 19-1257**

| | |
|---|---|
| **Printing of record:** | $11,466.80 |
| **Clerk's costs:** | 300.00 |
| **Total:** | $11,766.80 |

―――――――――――――――――――――

**Case No. 19-1258**

**Clerk's costs:**    $300.00

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States

*/s/ Scott S. Harris*